# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **ROBERT ANDERSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   **1:16-cv-00624-JDL** |
| | ) |
| **MAINE DEPARTMENT OF** | ) |
| **HEALTH AND HUMAN** | ) |
| **SERVICES** | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

United States Magistrate Judge John C. Nivison filed his Recommended Decision (ECF No. 6) with the court on December 30, 2016, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections has expired and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Plaintiff's Complaint (ECF No. 1) is **DISMISSED**.

**SO ORDERED.**

Dated this 6th day of February 2017

                                                 /s/ Jon D. Levy
                                             **U.S. DISTRICT JUDGE**